121 P.3d 923

# SUPREME COURT OF HAWAI'I

State v. Sherez .................................... 26571    10/18/2005    Reversed, vacated & remanded